■ JOE'S PIER 52 SEAFOOD CORP., Petitioner, v. DONALD S. HOSTETTER et al., Constituting the New York State Liquor Authority, Respondents. — Determination of the State Liquor Authority, dated March 12, 1969, directing the cancellation of petitioner's liquor license, modified in the exercise of discretion to the extent of reducing the penalty to the issuance of a letter of warning, and as so modified confirmed, without costs and without disbursements. We find substantial evidence to uphold the determination of a technical violation. Inquiry on the argument revealed the fact the State Liquor Authority did not wish a remand for the purposes of ascertaining the source of the funds used for the alterations. In the circumstances, we find the penalty imposed excessive. Concur— Stevens, P. J., Eager, McGivern, McNally and Steuer, JJ.

■ NORTHWEST MINK RANCHES, INC., et al., Respondents, v. CENTENNIAL INSURANCE Co. et al., Appellants.— Order entered on July 30, 1968, granting motion to strike interrogatories modified, on the law and the facts, to the following extent: (a) so as to deny plaintiffs' motion to strike interrogatories numbered 7, 16, 17, 22 and 23; (b) so as to deny the motion to strike interrogatories numbered 10 and 11 except to the extent those interrogatories seek information concerning adults in 1965 and kits in 1967; (c) so as to deny the motion to strike interrogatory numbered 19 insofar as made on behalf of respondent Northwest Mink Ranches, Inc.; (d) so as to strike interrogatory numbered 12 upon consent of the parties; and except as so modified the order appealed from is affirmed, with $30 costs and disbursements to defendants-appellants. These items relate to the complaint and the issues raised by the pleadings. In view of the unique nature of the litigation the items presently allowed are "material and necessary" within the fair intendment of CPLR 3101. Concur— Capozzoli, J. P., Tilzer, McGivern, Nunez and McNally, JJ.